```
1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Stephanie A. Van Marter
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 2 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW RYAN BUQUET,

    Defendant.

)
)
)
)
)
)
)
)
)
)

CR-13-85-LRS

INDICTMENT

Vio:  18 U.S.C. § 876(c)

Mailing Threatening
Communication

The Grand Jury Charges:

On or about May 14, 2013, in the Eastern District of Washington, MATTHEW RYAN BUQUET, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication dated May 14, 2013, addressed to Judge Van Sickle, Thomas S Foley U.S. Courthouse, 920 W. Riverside Ave, Spokane, WA 99201, who is a United States District Court Judge for the Eastern District of

INDICTMENT - 1
P30521JJ.SVE.Buquet.wpd

1  Washington as defined by 18 U.S.C. § 1114, and containing a threat to injure and
2  kill Judge Van Sickle, all in violation of 18 U.S.C. § 876(c).
3      DATED this __22__ day of May, 2013.
4                                                         A TRUE BILL

6  
7  Michael C. Ormsby
8  United States Attorney

10 Stephanie A. Van Marter
11 Assistant United States Attorney

                                                       Foreperson

INDICTMENT - 2
P30521JJ.SVE.Buquet.wpd