Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 9 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW RYAN BUQUET, Defendant. | CR-13-85-LRS<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 18 U.S.C. § 175(a) Developing, Producing, Possessing and Transferring a Biological Toxin (Count 1)<br><br>Vio: 18 U.S.C. § 871(a) and 2 Mailing a Threatening Communication to the President of the United States (Count 2)<br><br>Vio: 18 U.S.C. § 876(c) Mailing Threatening Communications (Count 3) |

The Grand Jury Charges:

## COUNT 1

From on or about April 29, 2013, to on or about May 14, 2013, in the Eastern District of Washington and elsewhere, the defendant, MATTHEW RYAN BUQUET, did knowingly develop, produce, stockpile, transfer, acquire, retain and possess a biological agent, toxin, and delivery system for use as a weapon, to wit: ricin, and did knowingly attempt to do the same, all in violation of Title 18, United States Code, Section 175(a).

## COUNT 2

From on or about May 13, 2013, and continuing until on or about May 14, 2013, in the Eastern District of Washington and elsewhere, the defendant, MATTHEW RYAN BUQUET, did knowingly and willfully deposit and cause to be deposited for conveyance in the mail and for a delivery from any post office and by any letter carrier a letter, paper, writing and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States; to wit: a letter containing the following language:

> We have a bomb placed, we are going to Kill you!
> Hezbollah

and containing ricin, all in violation of Title 18, United States Code, Section 871(a) and Title 18, United States Code, Section 2.

## COUNT 3

From on or about May 13, 2013, and continuing until on or about May 14, 2013, in the Eastern District of Washington and elsewhere, the defendant, MATTHEW RYAN BUQUET, did knowingly and willfully deposit in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service, and knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication addressed to Judge Van Sickle, Thomas S Foley U.S. Courthouse, 920 W. Riverside Ave, Spokane, WA 99201, who is a United States District Court Judge for the Eastern District of Washington as defined by 18 U.S.C. § 1114, containing a threat to injure and kill the person of the addressee to wit: a letter containing the following language:

> We have a bomb placed, we are going to Kill you!
> Hezbollah

and containing ricin, all in violation of Title 18, United States Code, Section 876(c).

DATED this 19 day of June, 2013.

A TRUE BILL

*[signature]*, FAUSA
Michael C. Ormsby
United States Attorney

*[signature]*
Stephanie Van Marter
Assistant United States Attorney

SUPERSEDING INDICTMENT - 3
6-18-13 Buquet Superseding Indictment.wpd